UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

U.S.A. vs. Michael T. Deglau                                         Docket No. 5:13-MJ-1658-1

## Petition for Action on Probation

  COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael T. Deglau, who, upon an earlier plea of guilty to Driving While Impaired (Level 4), in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on December 11, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 48 hours of community service within the first 60 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until privilege to do so is restored in accordance with law.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant currently has physical custody, is the primary caregiver for his three-year old daughter, and is involved in a custody hearing in state court. He advised he currently owes approximately $10,000 in attorney fees. He works on a full-time basis as a welder earning $9.00 per hour, and works as many hours as his employer will allow. As of this date, the defendant has been financially unable to obtain his substance abuse assessment. Additionally, he has been unable to perform any community service given his time constraints. With no transportation, custody issues with his daughter, and employment, it is respectfully requested that the community service conditions be stricken.

  **PRAYING THAT THE COURT WILL ORDER** that probation be modified to strike the community service condition.

Michael T. Deglau
Docket No. 5:13-MJ-1658-1
Petition For Action
Page 2

    Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: February 21, 2014 |

## ORDER OF COURT

Considered and ordered this  21st  day of  February , 2014, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge