## UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Michael T. Deglau                                    Docket No.  5:13-MJ-1658-1

### Petition for Action on Probation

  COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael T. Deglau, who, upon an earlier plea of guilty to Level 4 Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on December 11, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 48 hours of community service within the first 60 days of probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

  A $500 fine and $10 special assessment were also imposed. On February 21, 2014, the defendant's conditions were modified to strike the community service requirement.

  **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** In March 2014, the defendant relocated to Pittsburgh, Pennsylvania, and has been supervised by the Western District of Pennsylvania since that time. Our office was recently notified that the defendant was charged on August 15, 2014, with Simple Assault, Terroristic Threats, Recklessly Endangering Another Person, and Harassment in Carnegie, Pennsylvania, and that these charges remain pending. Additionally, the defendant has failed to complete his treatment as recommended by the substance abuse assessment. Furthermore, he has failed to pay his monetary obligation as required. In an effort to allow the defendant an opportunity to resolve the pending charges, complete his treatment, and pay the monies as required, it is respectfully recommended that his term of probation be extended for a period of four months, and that transfer of jurisdiction proceedings be initiated. The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

That the term of supervision be extended 4 months from the expiration date of December 10, 2014 until April 10, 2015.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Debbie W. Starling
Debbie W. Starling
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 4, 2014

**ORDER OF COURT**

Considered and ordered this __4th__ day of __December__, 2014, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge